

NUMBER 13-14-00012-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.R., A MINOR CHILD

On appeal from the 156th District Court
of Bee County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Emilio Barrientes, filed an appeal from a judgment rendered against him in the 156th District Court of Bee County. On February 3, 2014, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 25, 2014, and that the deputy district clerk, Julissa James, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised

that, if the defect was not corrected within ten days from the date of receipt of the Court's notice, the appeal would be dismissed for want of prosecution.

On February 3, 2014, the Clerk of the Court notified appellant that he was delinquent in remitting a $195.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
27th day of March, 2014.

2